# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-5203**  **September Term, 2012**

1:05-cv-00023-UNA

Filed On: July 12, 2013 [1446321]

Hani Saleh Rashid Abdullah, Detainee, Camp Delta,

    Appellant

Rami Bin Saad Al-Oteibi, Detainee, Camp Delta,

    Appellee

Yosra Saleh Rashid Abdullah, Next friend of Hani Saleh Rashid Abdullah,

    Appellant

    v.

Barack Hussein Obama, President of the United States, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | September 3, 2013 |
| Appendix | September 3, 2013 |
| Appellees' Brief | October 3, 2013 |
| Appellants' Reply Brief | October 18, 2013 |

All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

Parties are strongly encouraged to hand deliver the paper copies of their briefs to

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5203**　　　　　　　　　　　　　　　　　　**September Term, 2012**

the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. <u>See</u> Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. <u>See</u> D.C. Cir. Rule 28(a)(8).

　　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　Lynda M. Flippin
　　　　　　　　　　　　　　　　　　　Deputy Clerk